COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ABATEMENT ORDER

Appellate case name:    Cigna Healthcare of Texas, Inc., Cigna Health and Life Insurance
Company, and Connecticut General Life Insurance Company v. SJ
Associated Pathologists, PLLC

Appellate case number:    01-20-00025-CV

Trial court case number:    2019-79138

Trial court:    190th District Court of Harris County

      Appellee, SJ Associated Pathologists, PLLC, has filed an unopposed motion to abate this interlocutory appeal because the underlying lawsuit has been removed to federal court. Once a case is removed to federal court, "the State court shall proceed no further unless and until the case is remanded." 28 U.S.C. § 1446(d). Accordingly, the motion to abate the appeal is GRANTED. This appeal is abated, treated as a closed case, and removed from this Court's active docket. The appeal will be reinstated on this Court's active docket upon any party demonstrating that the federal court has revested jurisdiction to the state court by (1) executing an order remanding the action back to state court and (2) mailing a certified copy of the remand order to the state court. *See Quaestor Invs., Inc. v. Chiapas*, 997 S.W.2d 226, 229 (Tex. 1999).

      It is so ORDERED.

Judge's signature: _____/s/ Sarah B. Landau_____
                             Acting individually

Date: ___March 3, 2020__